JULIE R. PATTEN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Avenue North, Suite 3200
Billings, MT  59101
Phone:     (406) 657-6101
FAX:       (406) 657-6989
E-mail:    Julia.Patten@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES P. MCREYNOLDS<br><br>Defendant, | PO-19-05006-BLG-TJC<br>Violation No. FATK009X<br>Location Code:  M6H<br><br><br>MOTION TO DISMISS WITH PREJUDICE |
|---|---|

The United States, represented by Julie R. Patten, Assistant United States Attorney, respectfully moves to dismiss with prejudice Violation Notice FATK009X, issued to James P. McReynolds on March 2, 2018, for allowing

1

unauthorized horses on national forest service land. It is no longer in the interests of justice to pursue this matter.

DATED this 11th day of March, 2019.

                                      KURT G. ALME
                                      United States Attorney

*/s/ Julie R. Patten*
JULIE R. PATTEN
Assistant U.S. Attorney

2

## CERTIFICATE OF SERVICE

I, the undersigned, verify that on the 3rd day of July, 2018, a true and accurate copy of this document was mailed to the defendant, via the United States Postal Service, at the following address:

Richard B. Sanders
46 Cole Road
Roundup, MT 59072

                                        */s/ Thomas K. Godfrey*
                                        THOMAS K. GODFREY
                                        Assistant U.S. Attorney